UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT COLUMBIA

EUGENE H. KIM,

Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

Defendant.

Case No. 1:23-cv-2420 (TSC)

**DECLARATION OF MARTIN H. KAPLAN IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to U.S.C. § 28 U.S.C. 1746, I, Martin H. Kaplan, declare as follows:

1.      I am over the age of 21 and I am competent to testify to the matters set forth

in this "**Declaration**."

2.      I am the Managing Member of the law firm Gusrae Kaplan Nusbaum PLLC

and have been admitted to practice in the State of New York since 1975.

3.      I am an attorney for Plaintiff Eugene H. Kim and have applied to represent

him *pro hac vice* in the above-captioned "**Action**" against Defendant Financial Industry

Regulatory Authority, Inc. ("**FINRA**").

4.      I also represent Mr. Kim in the FINRA "**Enforcement Action**" detailed in

this Action's Complaint and summarized below.

1

5.      On July 11, 2023, FINRA filed a Complaint against Mr. Kim in the Enforcement Action, which is captioned  Dep't of Enforcement v. Kim, Disciplinary Hearing No. 2019064508802.

6.      In the Enforcement Action, FINRA seeks to suspend and bar Mr. Kim from working in the American securities industry.

7.      FINRA's desired relief of suspending and / or barring Mr. Kim from working as a FINRA registered representative or associated person would become effective immediately and would force Mr. Kim to abandon his chosen profession.

8.      FINRA's disciplinary structure and Enforcement Action violate the United States Constitution and Sherman Act.

9.      Forcing Mr. Kim to appear and participate in the Enforcement Action would comprise irreparable harm.

10.     Therefore, on August 18, 2023, Mr. Kim sued FINRA before this Court, pleading Separation-of-Powers, Due Process, First Amendment, and Sherman Acts claims, and seeking injunctive relief. See generally Dkt. 1, Complaint (Aug. 18, 2023).

11.     Based on the same facts alleged in the Complaint and analyzed in this Motion's supporting Memorandum, Mr. Kim respectfully requests that the Court enter the Proposed Order temporarily and preliminary enjoining FINRA from pursuing the Enforcement Action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2023
        New York, New York

/s/ Martin H. Kaplan
Martin H. Kaplan