UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT COLUMBIA

EUGENE H. KIM,

    Plaintiff,

      v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

    Defendant.

Case No. 1:23-cv-2420 (TSC)

**DECLARATION OF EUGENE H. KIM IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to U.S.C. § 28 U.S.C. 1746, I Eugene H. Kim, declare as follows:

1. I am over the age of 21 and I am competent to testify to the matters set forth in this "**Declaration**."

2. I am the Plaintiff in the above-captioned action.

3. On July 11, 2023, FINRA filed a Complaint against me in the "**Enforcement Action**" captioned <u>Dep't of Enforcement v. Kim</u>, Disciplinary Hearing No. 2019064508802.

4. In the Enforcement Action, FINRA seeks to suspend and bar me from working in the American securities industry.

5. FINRA's desired relief of suspending and / or barring me from working as a FINRA registered representative or associated person would become effective immediately and would force me to abandon my chosen profession.

1

6.       FINRA's disciplinary structure and Enforcement Action violate the United States Constitution and Sherman Act.

7.       Therefore, on August 18, 2023, I sued FINRA before this Court, pleading Separation-of-Powers, Due Process, First Amendment, and Sherman Acts claims, and seeking injunctive relief. See generally Dkt. 1, Complaint (Aug. 18, 2023).

8.       I affirm that to the best of my knowledge, I believe all allegations in my Complaint to be true, correct, and accurate.

9.       I seek a temporary restraining order ("**TRO**") and preliminary injunction against FINRA's ability to proceed with Enforcement Action because being forced to defend myself in an unlawful, unconstitutional proceeding would comprise irreparable harm.

10.      Based on the same facts alleged in the Complaint and analyzed in this Motion's supporting Memorandum, I respectfully request that the Court enter the Proposed Order temporarily and preliminary enjoining FINRA from pursuing the Enforcement Action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2023
    New York, New York

/s/ Eugene H. Kim
Eugene H. Kim

2