**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EUGENE H. KIM,                                            )
                                                         )
                        Plaintiff                        )
                                                         )
            v.                                           )     Civil Action No. 23-cv-2420 (ACR)
                                                         )
FINANCIAL INDUSTRY REGULATORY                            )
AUTHORITY, INC.,                                         )
                                                         )
                        Defendant                        )

**NOTICE OF INTERVENTION BY THE UNITED STATES**

Pursuant to Rules 5.1(c) and 24(a)(1) of the Federal Rules of Civil Procedure, and in accordance with the authorization of the Solicitor General of the United States, the United States of America hereby intervenes in this case for the limited purpose of defending the constitutionality of the federal securities laws, including the Securities Exchange Act of 1934, as amended by the Maloney Act of 1938, 15 U.S.C. § 78a *et seq.*

Rule 5.1 provides a procedure for notifying the United States when a federal statute is challenged as unconstitutional. *See* Fed. R. Civ. P. 5.1(a)(1). Rule 5.1(c) allows the Attorney General to intervene within 60 days of the filing of an appropriate notice or the Court's certification of the constitutional challenge, "[u]nless the Court sets a later time." No notice has been filed in this case pursuant to Rule 5.1.

The United States is entitled to intervene in this case pursuant to the Federal Rules of Civil Procedure and federal law. Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. *See* Fed. R. Civ. P. 5.1(c). Rule 24 further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality

of any Act of Congress affecting the public interest is drawn in question."  28 U.S.C. § 2403(a). In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality."  *Id.*

Here, Plaintiffs have "drawn in question" the constitutionality of certain portions of the federal securities laws, *see, e.g.*, Compl. ¶¶ 201–250, ECF No. 1, and the United States therefore has an unconditional right to intervene to defend those laws.

For these reasons, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of the challenged portions of the federal securities laws.

The United States is filing a Memorandum of Law of the United States in Defense of the Challenged Provisions of the Federal Securities Laws and intends to appear at the September 27, 2023, motion hearing on the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 4.

Date: September 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
CHRISTOPHER HALL
Assistant Branch Directors

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
STEPHEN M. PEZZI (D.C. Bar. No. 995500)
Senior Trial Counsel
CHRISTINE L. COOGLE (D.C. Bar No. 1738913)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW

Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant-Intervenor United States