IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eugene H. Kim,

    Plaintiff,

        v.

Financial Industry Regulatory Authority, Inc.,

    Defendant.

Case No. 1:23-cv-02420 (ACR)

## DECLARATION OF GREGORY BOYLE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Gregory Boyle, hereby declare as follows:

1. My full name is Gregory Michael Boyle.

2. My state bar membership number is 6242559 (State of Illinois).

3. My office address is Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654. My office telephone number is (312) 923-2651.

4. I am a member of the bar of the State of Illinois. I am also a member of the bar of the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois (Trial Bar), and the United States District Court for the Eastern District of Michigan.

5. I have not been disciplined by any state or federal bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the previous two years.

7. I do not engage in the practice of law in the District of Columbia. I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

8. Executed this 22nd day of September, 2023, in Chicago, Illinois.

Dated: September 22, 2023                           Respectfully submitted,

Gregory M. Boyle
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: (312) 923-2651
gboyle@jenner.com