IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eugene H. Kim,<br><br>    Plaintiff,<br><br>    v.<br><br>Financial Industry Regulatory Authority, Inc.,<br><br>    Defendant. | Case No. 1:23-cv-02420 (ACR) |

## [PROPOSED] ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Upon consideration of the motion to admit Gregory Boyle to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Dated: _____, 2023

_____
JUDGE ANA C. REYES
United States District Judge